# Unclaimed Funds

Entered 1/1/2001 to 8/1/2016

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [11-42641 -cjp](#)<br>19779478 | NationPoint<br>c/o Sevurity Connections<br>595 University Blvd, Dept. 2150<br>Idaho Falls, ID 83401<br>83401 | 2,761.92 | 08/01/2016 |

**Grand Total: 2,761.92**